UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANK NUNEZ GARCIA, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | Civil Action No. 3:20-cv-429-X (BT) | |
| § | | |
| PRESIDENT DONALD TRUMP, § | | |
| ET. AL., § | | |
| *Defendants*. § | | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 8th day of July 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE